IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| TECHNOLOGY PROPERTIES LIMITED and PATRIOT SCIENTIFIC CORPORATION, | § § § | |
| | § | Civil Action No. 2:08-cv-226(TJW) |
| Plaintiffs, | § | |
| vs. | § | Jury Demanded. |
| | § | |
| HTC CORPORATION, and HTC AMERICA, INC. | § § | |
| | § | |
| Defendants. | § | |

## JOINT MOTION TO DISMISS PURSUANT TO FRCP 41(a)(2)

COME NOW Plaintiffs, Technology Properties Limited and Patriot Scientific Corporation, and Defendants, HTC Corporation and HTC America, Inc., and respectfully move the Court to dismiss this action, without prejudice, pursuant to FRCP 41(a)(2). In order to prevent the operation of FRCP 41(a)(1)(B), the parties seek dismissal by court order. In support, the parties respectfully show the Court as follows:

I.

On February 4, 2009, Judge Fogel of the Northern District of California denied TPL's Motion for Reconsideration regarding the earlier denial of TPL's Motion to Dismiss, or in the alternative, to Transfer Venue in Case No. 5:08-cv-882 (the "California Action"), which involves the same subject matter as the present Action. Therefore, the parties agree and stipulate that the present Action should be dismissed in this Court, without prejudice, pursuant to FRCP 41(a)(2). These parties further move that all costs of court in the present Action be borne by the party who incurred them.

WHEREFORE, PREMISES CONSIDERED, these parties jointly pray that this motion be granted and that all claims in the present Action be dismissed, without prejudice, pursuant to FRCP 41(a)(2), and that all costs of court in the present Action be borne by the party who incurred them.

Dated: February 20, 2009                 Respectfully submitted,

By:    /s/ Elizabeth L. DeRieux
             S. Calvin Capshaw
             State Bar No. 03783900
             E-mail: ccapshaw@capshawlaw.com
             Elizabeth L. DeRieux
             State Bar No. 05770585
             E-mail: ederieux@capshawlaw.com
             N. Claire Abernathy
             State Bar No. 24053063
             E-mail: chenry@capshawlaw.com
             Capshaw DeRieux, LLP
             1127 Judson Road, Suite 220
             Longview, TX 75601
             Telephone: (903) 236-9800
             Facsimile: (903) 236-8787

             Of Counsel:

             Ronald F. Lopez
             California Bar No. 11756
             Email: rflopez@nixonpeabody.com
             Nixon Peabody LLP
             One Embarcadero Center, 18th Floor
             San Francisco, CA 94111-3600
             Telephone: (415) 984-8200
             Facsimile: (415) 984-8300

Robert E. Krebs
California Bar No. 57526
Email: rkrebs@nixonpeabody.com
Christopher L. Ogden
California Bar No. 235517
Email: cogden@nixonpeabody.com
Nixon Peabody LLP
200 Page Mill Road, Suite 200
Palo Alto, CA 94306-2022
Telephone: (650) 320-7700
Facsimile: (650) 320-7701


**ATTORNEYS FOR PLAINTIFF**
**TECHNOLOGY PROPERTIES LIMITED**

By:   /s/Robert Christopher Bunt, by permission ELD
       Robert M. Parker
       State Bar No. 15498000
       E-mail: rmparker@pbatyler.com
       Robert Christopher Bunt
       State Bar No. 00787165
       E-mail: rcbunt@pbatyler.com
       Charles Ainsworth
       State Bar No. 00783521
       E-mail: charley@pbatyler.com
       Parker, Bunt & Ainsworth, P.C.
       100 East Ferguson, Ste. 1114
       Tyler, Texas 75702
       Telephone: (903) 531-3535
       Facsimile: (903) 533-9687

       Charles T. Hoge
       California Bar No. 110696
       E-mail: choge@knlh.com
       Kirby Noonan Lance & Hoge, LLP
       350 Tenth Avenue, Suite 1300
       San Diego, California 92101
       Telephone: (619) 231-8666
       Facsimile: (619) 231-9593

**ATTORNEYS FOR PLAINTIFF**
**PATRIOT SCIENTIFIC CORPORATION**

By:   /s/ Deron R. Dacus, by permission ELD

Deron R. Dacus
State Bar No. 00780553
E-mail: ddacus@rameyflock.com
Ramey & Flock
100 East Ferguson, Suite 500
Tyler, Texas 75702
Telephone: (903) 597-3301
Facsimile: (903) 597-2413

Kyle D. Chen
CA State Bar No. 239501
E-mail: kchen@whitecase.com
Mark F. Lambert
CA State Bar No. 197410
E-mail: mlambert@whitecase.com
White & Case LLP
3000 El Camino Real
5 Palo Alto Square, 9th Floor
Palo Alto, California 94306
Telephone: (650) 213-0300
Facsimile: (650) 213-8158

**ATTORNEYS FOR DEFENDANTS**
**HTC AMERICA, INC. and HTC CORPORATION**

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 20th day of February, 2009, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

/s/Elizabeth L. DeRieux
Elizabeth L. DeRieux